598 A.2d 873
STATE OF NEW JERSEY v. MARTIN ANTHONY SOTO.

May 7, 1991.

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(2), and good cause appearing;

It is ORDERED that the judgment of the Appellate Division, 241 *N.J.Super.* 476, 575 *A.*2d 501, is summarily affirmed. See *State v. Gonzalez,* 123 *N.J.* 462, 588 *A.*2d 816 (1991).

598 A.2d 873
STATE OF NEW JERSEY v. JEROME DUMAS.

May 7, 1991.

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(2), and good cause appearing;

It is ORDERED that the judgment of the Appellate Division is summarily affirmed. See *State v. Gonzalez,* 123 *N.J.* 462, 588 *A.*2d 816 (1991).

598 A.2d 874
STATE OF NEW JERSEY v. CORNEL GRAHAM.

May 7, 1991.

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(2), and good cause appearing;

It is ORDERED that the judgment of the Appellate Division is summarily reversed on the issue of merger under *N.J.S.A.* 2C:35–7, and the matter is remanded to the trial court for the entry of an appropriate amended judgment of conviction and sentence. See *State v. Gonzalez,* 123 *N.J.* 462, 588 *A.*2d 816 (1991). (See 245 *N.J.Super.* 257, 584 *A.*2d 878 (1991).)